UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2026 JUL 21 P 2:28

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 26-CR-161

SEALED

WEST G. JONES and
TREVIONE D. JONES,

Defendants.

[18 U.S.C. §§ 2(a), 922(a)(1)(A), 924(a)(1)(D), 922(g)(1), & 924(a)(8); 26 U.S.C. §§5861(d) & 5871]

---

**INDICTMENT**

---

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

Beginning by at least in or about March 2021 and continuing through August 22, 2023, in the State and Eastern District of Wisconsin and elsewhere,

**WEST G. JONES and**
**TREVIONE D. JONES,**

neither being a licensed importer, licensed manufacturer, and licensed dealer, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about April 12, 2022, in the State and Eastern District of Wisconsin,

**WEST G. JONES,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms which, prior to his possession of them, had been transported in interstate and foreign commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are further described as:

   a. an H&K, model VP9 SK, 9mm caliber pistol bearing serial number 232-063240; and

   b. a Heritage, .22 caliber revolver bearing serial number U73695.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 12, 2022, in the State and Eastern District of Wisconsin,

**TREVIONE D. JONES**

knowingly possessed firearms, namely three silencers, which were not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26 of the United States Code.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about August 22, 2023, in the State and Eastern District of Wisconsin,

**WEST G. JONES,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms which, prior to his possession of them, had been transported in interstate and foreign commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are further described as:

   a. a Polymer 80 .40 caliber pistol with a machinegun-conversion device;

   b. a Polymer 80, Model PF940C, 9mm caliber pistol with a machinegun-conversion device;

   c. a Savage, Model 242, .410 caliber weapon made from a shotgun, bearing serial number D003298; and

   d. a black, EP Armory AR-15 style rifle with no serial number.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 22, 2023, in the State and Eastern District of Wisconsin,

**TREVIONE D. JONES and**
**WEST G. JONES**

knowingly possessed machineguns, that is, a Polymer 80, Model PF940C, 9mm caliber pistol with a machinegun conversion device and a Polymer 80 .40 caliber pistol with a machinegun conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), and 2(a).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 22, 2023, in the State and Eastern District of Wisconsin,

**WEST G. JONES and**
**TREVIONE D. JONES**

knowingly possessed a firearm, namely a Savage Model 242, .410 caliber sawed-off shotgun with an overall length of less than twenty-six inches and a barrel less than eighteen inches in length, which was not registered to either of them in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26 of the United States Code.

In violation of Title 26, United States Code, Sections 5861(d) and 5871, and Title 18, United States Code, Section 2(a).

## FORFEITURE NOTICE

Upon conviction of any of the offenses set forth in this Indictment, the defendants, West G. Jones and Trevione D. Jones, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, firearm components, firearm molds, firearm jigs, and/or tools involved in the knowing violation of one or more of the offenses, including, but not limited to:

a. an H&K, model VP9 SK, 9mm caliber pistol bearing serial number 232-063240;
b. a Heritage, .22 caliber revolver bearing serial number U73695;
c. a Polymer 80, Inc., Model pF940C, 9mm caliber pistol with machinegun-conversion device;
d. a Polymer 80, Inc. Model pF940C, 9mm caliber pistol with a blue slide;
e. a loaded, Sarsilmaz (SAR ARMS), Model SAR 9X, 9mm caliber pistol bearing serial number T1102-20BV54306;
f. a Savage, Model 242, .410 caliber weapon made from a shotgun, bearing serial number D003298;
g. a black, EP Armory AR-15 style rifle with no serial number;
h. a loaded, Polymer 80, Inc., Model PF940C, .40 caliber pistol;
i. a loaded, Polymer 80 .40 caliber pistol with machinegun-conversion device; and
j. 321 rounds of assorted ammunition.

A TRUE BILL:

[redacted]

FOREPERSON
Dated: 7/21/24

BENJAMIN A. WESSON
Assistant United States Attorney